UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RONALD ELIZONDO SR. and MARIA ELIZONDO, individually and as the lawful heirs of the ESTATE OF RONALD ELIZONDO JR., *Plaintiffs*,<br><br>v.<br><br>DONALD HINOTE, TEXAS DEPARTMENT OF PUBLIC SAFETY, CITY OF CORPUS CHRISTI, LORRAINE MATTHEWS, NUECES COUNTY, MARK GONZALEZ, ANGELICA HERNANDEZ, MICHELLE PUTMAN, SHARRA RODRIGUEZ, and RODNEY HERNANDEZ, *Defendants*. | Civil Action No. 2:20-cv-00191 |

**UNOPPOSED MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME Defendants Nueces County, Mark Gonzalez, Angelica Hernandez, Michelle Putman, Sharra Rodriguez, the City of Corpus Christi, Lorraine Matthews, Texas Department of Public Safety ("DPS") and Sergeant Rodney Hernandez (collectively referred to herein as "Dismissed Defendants"), in the above-styled and numbered civil action, and file this Unopposed Motion for Entry of Partial Final Judgment pursuant to Federal Rule of Civil Procedure 54(b), and respectfully show the following:

**I.  GROUNDS**

Rule of Civil Procedure 54(b) allows the Court to "direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the Court expressly determines that there is no just reason for delay." FED. R. CIV. P. 54(b).

On May 6, 2022, Magistrate Judge Hampton issued her Memorandum and Recommendation ("M&R") addressing all Defendants' motions to dismiss. (D.E. 191). The M&R recommended dismissing Defendant DPS based on immunity (*id.* at p. 27), and all claims against all other parties for lack of standing, except a single remaining claim against Defendant Hinote individually. (*Id.* at pp. 27-28).

On August 9, 2022, the Court accepted the M&R and dismissed all claims against all parties, except a single remaining claim against Defendant Hinote individually. *See* Order Accepting Memorandum and Recommendation (D.E. 130, pp. 9-10). Accordingly, all claims against all Dismissed Defendants have been dismissed. *Id.* As to Dismissed Defendants, all other pending motions were denied as moot. *Id.* No purpose is served by having Dismissed Defendants remain as parties to this suit.

Thus, there is no just reason for delay in entering final judgment in favor of the Dismissed Defendants.

## II. CERTIFICATE OF CONFERENCE

On August 10, 2022, counsel for Nueces County sent an email to all counsel asking whether there was any opposition to the filing of a motion for entry of final judgment pursuant to Rule 54(b). Counsel for each Dismissed Defendant responded with their desire to join in this motion. On August 19, Counsel for Plaintiffs indicated that this motion is not opposed.

## III. SUMMARY AND PRAYER

For the reasons stated above, Dismissed Defendants ask that the Court, acting under Rule of Civil Procedure 54(b), expressly determine that there is no just reason for delay and direct entry

of final judgment on the claims against them.

Dated: August 22, 2022.

          Respectfully submitted,

          **BRANSCOMB, PLLC**
          802 North Carancahua, Suite 1900
          Corpus Christi, Texas 78401
          Telephone: (361) 886-3800
          Facsimile: (361) 886-3805

By:   */s/ Keith B. Sieczkowski*
       Keith B. Sieczkowski
       *Attorney in Charge*
       State Bar No. 18341650
       Fed. I.D. 7118
       ksieczkowski@branscomblaw.com
       Emily K. Arnold
       State Bar No. 24105441
       Fed. I.D. 3293705
       earnold@branscomblaw.com
       **COUNSEL FOR DEFENDANT**
       **NUECES COUNTY**

       ROYSTON RAYZOR
       VICKERY & WILLIAMS L.L.P.
       802 N. Carancahua St., Suite 1300
       Corpus Christi, TX 78401
       Tel. No. (361) 884-8808
       Fax No. (361) 884-7261

By:   */s/ Brian Miller*
       Myra Morris
       *Attorney in Charge*
       Federal I.D. No. 13611
       State Bar No. 14495850
       eservmmorris@roystonlaw.com
       Brian Miller
       eservbmiller@roystonlaw.com
       Federal I.D. No. 21994
       State Bar No. 24002607
       **COUNSEL FOR DEFENDANTS MARK**
       **GONZALEZ, MICHELLE PUTMAN,**

ANGELICA HERNANDEZ, AND SHARRA RODRIGUEZ

Lilia K. Castro
Assistant City Attorney

*/s/ Lilia K. Castro*
Assistant City Attorney
State Bar I.D. No. 24072122
Fed. I.D. No. 1419334
City of Corpus Christi Legal Department
P.O. Box 9277
Corpus Christi, Texas 78469-9277
Tel. (361) 826-3360
Fax (361)826-3239
LiliaC@cctexas.com
**COUNSEL FOR DEFENDANTS LORRAINE MATTHEWS AND THE CITY OF CORPUS CHRISTI**

Jason Bramow
Assistant Attorney General

*/s/ Jason Bramow*
Assistant Attorney General
Texas State Bar No. 24101545
Southern District Filing No. 3134903

Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 370-9994
jason.bramow@oag.texas.gov
**COUNSEL FOR DEFENDANTS DEPARTMENT OF PUBLIC SAFETY, RODNEY HERNANDEZ AND DONALD HINOTE**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 22, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants.

James "Wes" Bearden
Ashley Mule
J.W. Bearden & Associates, PLLC
1341 Mockingbird Lane, Suite 820
Dallas, Texas 75247
*Counsel for Plaintiffs*

Jason Bramow
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711
*Counsel for Defendants*
*Department of Public Safety and*
*Donald Hinote*

Myra Morris
Brian Miller
ROYSTON RAYZOR
VICKERY & WILLIAMS L.L.P.
802 N. Carancahua St., Suite 1300
Corpus Christi, TX 78401
*Counsel for Defendants Mark Gonzalez,*
*Michelle Putman, Angelica Hernandez,*
*and Sharra Rodriguez*

Lilia K. Castro
Assistant City Attorney
City of Corpus Christi Legal Department
P.O. Box 9277
Corpus Christi, Texas 78469-9277
*Counsel for Defendants Lorraine Matthews*
*and the City of Corpus Christi*

                              */s/ Keith B. Sieczkowski*
                              Keith B. Sieczkowski

{C2735985.DOCX:3}