United States District Court
Southern District of Texas
**ENTERED**
August 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RONALD ELIZONDO SR. and MARIA ELIZONDO, individually and as the lawful heirs of the ESTATE OF RONALD ELIZONDO JR., *Plaintiffs*,<br><br>v.<br><br>DONALD HINOTE, TEXAS DEPARTMENT OF PUBLIC SAFETY, CITY OF CORPUS CHRISTI, LORRAINE MATTHEWS, NUECES COUNTY, MARK GONZALEZ, ANGELICA HERNANDEZ, MICHELLE PUTMAN, SHARRA RODRIGUEZ, and RODNEY HERNANDEZ, *Defendants*. | Civil Action No. 2:20-cv-00191 |

# Order Directing Entry of Partial Final Judgment

The Court has considered and now GRANTS the *Unopposed Motion for Partial Final Judgment* (Doc. 131), which asks the Court to direct entry of a final judgment on the claims dismissed in the Court's *Order Accepting Memorandum and Recommendation* (Doc. 130).

In that order, the Court DISMISSED all claims against Nueces County, Mark Gonzalez, Angelica Hernandez, Michelle Putman, Sharra Rodriguez, the City of Corpus Christi, Lorraine Matthews, Texas Department of Public Safety, and Rodney Hernandez ("Dismissed Defendants"), except a single remaining claim against Defendant Hinote individually. (D.E. 130, pp. 9-10). Accordingly, all claims against

1

2

all Dismissed Defendants have been dismissed. *Id*. As to Dismissed Defendants, all other pending motions were denied as moot. *Id.*

The Court has determined, under Rule of Civil Procedure 54(b), that there is no just reason for delay in entering final judgment on the claims against each Dismissed Defendant.

The Court therefore ORDERS that the dismissal of all claims against Nueces County, Mark Gonzalez, Angelica Hernandez, Michelle Putman, Sharra Rodriguez, the City of Corpus Christi, Lorraine Matthews, Texas Department of Public Safety, and Rodney Hernandez be entered as a final judgment and that the Clerk is directed to enter such judgment immediately.

Signed on __August 24__, 2022.

_____
Drew B. Tipton
United States District Judge