UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD ELIZONDO, SR., and MARIA ELIZONDO, individually and as the lawful heirs of the Estate of Ronald Elizondo, Jr., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:20-CV-00191 |
| DONALD HINOTE, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order signed by the Court on this date, this case is **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiffs is denied. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on December 7, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**